[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11381
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 20, 2010
JOHN LEY
CLERK

D.C. Docket No. 9:09-cr-80139-KLR-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARK JAMES TORMEY,
a.k.a. Michael Tormey,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(October 20, 2010)

Before BARKETT, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

Bruce E. Reinhart, appointed counsel for Mark James Tormey, has filed a

motion to withdrawal from further representing the appellant, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Tormey's conviction and sentence are **AFFIRMED.**